IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RITA McCORKLE                                                    PLAINTIFF

v.                              Civil No. 04-4136

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

On this 7th day of July, 2006, the Court has before it for consideration the request for

attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice

Act, *28 U.S.C. § 2412*.  In accordance with the Memorandum Opinion filed in the above styled

case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees

and expenses in the amount of $2,337.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE